UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TREVOR GRANTHAM WARD,<br><br>    Plaintiff,<br>vs.<br><br>SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD.,<br><br>    Defendant. | Civil Action No.<br><br>**COMPLAINT AND JURY DEMAND** |

COMES NOW the Plaintiff, TREVOR GRANTHAM WARD, by and through his attorney, Michael J. Warner of VanDerGinst Law, P.C., and for his Complaint against Defendant, SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD., states as follows:

1. Plaintiff, Trevor Grantham Ward, is a citizen of the United States of America, residing in the City of Bettendorf, County of Scott, Iowa.

2. Defendant, Shenzhen Geekvape Technology Co., Ltd. (hereinafter referred to as "Geekvape") is a Chinese corporation with its principal place of business located at 7th Floor, No. 3 West Block, LaoBing Building, XingYe Road #3012, Xixiang Street, Bao'An District, Shenzhen, GuangDong, China, P.R.C. 518502, that has availed itself of the laws and protections provided by the State of Iowa, by designing, manufacturing and/or selling products in the State of Iowa, including Geekvape products sold under the brand name "Geekvape Aegis L200 (Aegis Legend 2)", **Serial No. 97CQWPR8A2DF1G**. The United States of America and China are both party to the Hague Convention on the Service of Judicial and Extra-Judicial Documents in Civil or Commercial Matters, 20 U.S.T. 361; 658 U.N.T.S. 163.

3. This Court has personal jurisdiction over this matter because the actions complained of herein occurred in counties located within the Southern District of Iowa, and this Court has jurisdiction over the Plaintiff's state law claims by diversity jurisdiction pursuant to 28 U.S.C. § 1322.

4. Venue is proper in the Southern District of Iowa pursuant to 28 U.S.C. § 1391 because a substantial portion of the events and omissions giving rise to the Complaint occurred within the Southern District of Iowa. Plaintiff resides in the Southern District of Iowa and purchased the vaping product that is the subject of this Complaint in the Southern District of Iowa. The vaping product in question exploded in Plaintiff's pocket within the Northern District of Iowa. Treatment for Plaintiff's injuries occurred in the Southern District of Iowa at University of Iowa Hospital and Clinics.

## COUNT I
## PRODUCTS LIABILITY
## DEFENDANT, SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD.

The Plaintiff hereby incorporates the averments set forth in Paragraphs 1 through 4 as though stated verbatim herein.

5. The Defendant, Geekvape, is a corporation organized under the laws of China and engaged in the design and/or manufacture of vaping devices which were sold in Iowa under the brand name "Geekvape Aegis L200 (Aegis Legend 2)" for distribution to members of the general public as the ultimate consumers.

6. Sometime prior to January 26, 2023, the Defendant, Geekvape, manufactured a vaping product under the brand name "Geekvape Aegis L200 (Aegis Legend 2)" with an authentic code of Serial No. 97CQWPR8A2DF1G, which was distributed and ultimately sold to the Plaintiff, Trevor Grantham Ward, within the State of Iowa. Defendant, on information and

belief, also designed or participated in the design of the Geekvape product. A vaping product delivers nicotine, flavorings or other chemicals to a person in a vaporized form.

7. The vaping device at the time it left the Defendant's control contained a manufacturing defect that created a hazard to consuming users of the product in that the battery and or other component parts of the vaping device would explode without any warning to users or without any manipulation by users of the vaping device. That defect departed from its intended design.

8. The "Geekvape Aegis L200 (Aegis Legend 2)" brand vaping device was defective at the time of the sale to the Plaintiff, Trevor Grantham Ward, in that the vaping device was defective or contained defective components, with a propensity to explode and injure persons with normal and reasonable usage, making it unreasonably dangerous to the Plaintiff, Trevor Grantham Ward. On January 26, 2023 the vaping device exploded in Plaintiff's left pants pocket with such force causing his pants to catch on fire resulting in second and third degree flame burns to his left lower extremity.

9. Defendant Geekvape expected the "Geekvape Aegis L200 (Aegis Legend 2)" vaping device to reach the user or consumer of the product in the condition in which it was sold. Said product was, at all relevant times, in the same or substantially the same condition as when the manufacturing process was completed by the Defendant Geekvape. The Plaintiff, Trevor Grantham Ward, did not alter or in any manner change the character of the "Geekvape Aegis L200 (Aegis Legend 2)" brand vaping device.

10. Plaintiff Trevor Grantham Ward used the product for its intended use when he suffered the injuries complained of herein.

11. At the time of the above-described explosion, the Plaintiff, Trevor Grantham Ward, was unaware of the defective condition of the "Geekvape Aegis L200 (Aegis Legend 2)" vaping device or the unreasonable danger said device posed to him. The defective and unreasonably dangerous condition was not obvious or observable to a reasonable purchaser and consumer of the vaping device.

12. As a proximate cause of the unreasonably dangerous defective condition of the "Geekvape Aegis L200 (Aegis Legend 2)" brand vaping device, the Plaintiff, Trevor Grantham Ward, suffered and will continue to suffer injuries resulting in damages, including but not limited to, physical pain and suffering, permanent disfigurement, mental pain and suffering, loss of income, past and future medical expenses, and past and future loss of income, in an amount exceeding the minimum jurisdictional requirements of this Court.

## COUNT II
## NEGLIGENCE
## DEFENDANT, SHENZHEN GEEKVAPE TECHNOLOGY CO., LTD.

13. The Plaintiff, Trevor Grantham Ward, incorporates the averments set forth in Paragraphs 1 through 12 as though stated verbatim herein.

14. The Defendant, Geekvape, is a foreign corporation organized under the laws of the Peoples Republic of China and engaged in the manufacture of vaping devices under the brand name "Geekvape Aegis L200 (Aegis Legend 2)" which were produced for distribution and sale to members of the general public as the ultimate consumers in retail stores located in the State of Iowa.

15. On January 26, 2023, the Geekvape device exploded in Plaintiff's left pants pocket and severely injured him.

16. Defendant Geekvape knew, or in the exercise of due care, should have known that the Geekvape device had exploded and injured other users of the Geekvape device before January 26, 2023.

17. Then and there Defendant, Geekvape, was negligent in or more of the following respects:

    A. Designed a product that had a propensity to explode, which was not intended by Defendant;

    B. Manufactured a product that had a propensity to explode which was not intended by the Defendant; and

    C. Failed to withdraw the product from the stream of commerce, knowing of the propensity to explode due to previous complaints by other consumers of the product.

18. As a proximate cause of the negligence of the Defendant as aforesaid, the Plaintiff, Trevor Grantham Ward, suffered and will continue to suffer injuries resulting in damages, including but not limited to, physical pain and suffering, permanent disfigurement, mental pain and suffering, loss of income, past and future medical expenses, and past and future loss of income, in an amount exceeding the minimum jurisdictional requirements of this Court.

19. The amount in controversy is in excess of $75,000.

WHEREFORE, the Plaintiff, Trevor Grantham Ward, hereby prays for relief as follows:

1. Judgment in favor of the Plaintiff, Trevor Grantham Ward, against the Defendant, Geekvape, in an amount exceeding the minimum jurisdictional requirements of this court sufficient to compensate the Plaintiff for his damages;

2. An award of costs incurred by the Plaintiff, for his costs incurred in bringing this action, including a reasonable attorney's fee;

3. A jury trial on all issues so triable;

4.  Pre and post judgment interest; and

5.  Any and all other relief to which the Plaintiff may be entitled.

**VanDerGinst Law, P.C.**

_____
Michael J. Warner (AT0010299)
4950 38th Avenue
Moline, IL 61265
Telephone: (309) 788-5297
Facsimile: (309) 517-3020
Email: m.warner@vlaw.com